Watton Law Group
301 West Wisconsin Avenue
5th Floor
Milwaukee, WI 53203

Telephone: (414) 273-6858
Facsimile: (414) 273-6894

Michael J. Watton*
Michael J. Maloney**
Timothy H. Hassell
Kelly E. Lamberty
Kirk M. Fedewa
*admitted in WI, MO, CO, UT, AZ, & NY
** admitted in WI & MO

## Notification of Creditor Change of Address

**Debtor's Name:** Michael T. Stabler

**Case No.:** 21-22199-RMB

**Chapter:** 13

**Creditor's Name:** Tammy Rusch

**Old Address:** Waukesha, WI

**New Address:** WI SCTF
Attn: Tammy Rusch
PO Box 07914
Milwaukee, WI 53207-0914

**Filed on:** May 18, 2021