# Scott Lieske
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943
Fax: (414) 271-9344
www.chapter13Milwaukee.com

P. O. Box 510920
Milwaukee, WI 53203
info@chapter13milwaukee.com

April 12, 2022

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: MICHAEL TYRONNE STABLER
    Case No. 21-22199-RMB

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1652376 in the amount of $5,591.07. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:   1645115

Original Payee:   Michael Tyronne Stabler
                  7736 West Heather Avenue
                  Milwaukee, WI  53223

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

*Scott Lieske*

Scott Lieske
Chapter 13 Standing Trustee

SL

cc: file

FILED-MAIL 2022 APR 18 PM 3:50 US BANKRUPTCY COURT EASTERN DISTRICT OF WI