THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Rachel M Blise
    United States Bankruptcy Judge

DATED: July 25, 2022



Rachel M Blise
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| IN RE: Michael Tyronne Stabler, | Case No. 21–22199–rmb |
|---|---|
| Debtor. | Chapter 13 |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING THE TRUSTEE, AND CLOSING THE CHAPTER 13 CASE**

   The chapter 13 trustee filed a final report and account and certified that the estate has been fully administered. The trustee received funds in the amount of $7,592.00 and disbursed those funds in accordance with the final account. The court received no objection within the time period prescribed by Fed. R. Bankr. P. 5009.

   IT IS THEREFORE ORDERED: The trustee's final account is approved, the trustee's bond is released, the trustee is discharged, and the chapter 13 case is closed.

####