UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: *Michael Stabler*

Case No.: *21-22199*

Debtor

Chapter: *13*

## AFFIDAVIT AND REQUEST FOR RELEASE OF UNCLAIMED FUNDS

_____*Michael Tyrone Stabler*_____, a claimant in the captioned case, being duly sworn, respectfully states and requests the following:

1. Claimant was a creditor of the Debtor and was entitled to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of ____*$6,188.07*____.

2. Ninety days after the final distribution of the assets of the estate, the distribution to this Claimant had not been negotiated and the unclaimed funds were paid into the court pursuant to 11 U.S.C. Section 347.

3. _____*Michael Stabler*_____ is enclosed as proof of Claimants' right to the unclaimed funds.

4. The Claimant requests that the Court issue an order directing payment of the unclaimed funds in the amount of ____*$6,188.07*____ to the Claimant pursuant to 28 U.S.C. Section 2042.

*Continue to Page 2*

5. The Claimant requests the Court mail the payment of unclaimed funds to:

_7736 West Heather Ave_

_Milwaukee, WI 53223_

Dated this _29_ day of _September_, 20 _23_.

_Michael, S._
Signature of: (please check)
[X] Owner of Record
[ ] Successor Claimant
[ ] Representative Claimant

_Michael Tyronne Stabler_
Printed Name of: (please check)
[X] Owner of Record
[ ] Successor Claimant
[ ] Representative Claimant

Prepared by _Michael Stabler_
Address _7736 West Heather Ave_
Address _____

City, State, Zip _Milwaukee WI 53223_
Phone No. _202-768 8509_
E-Mail Address _michaelstableryp@gmail.com_

Sworn and subscribed to before me on:

_09/29/2023_ .
Date

_Keith Yates_
Signature of Notary Public

Affix Embossed Seal

[Notary seal: KEITH YATES, NOTARY PUBLIC, STATE OF WISCONSIN, COMM No: 253102, MY COMM. EXP APR 25, 2027]

[ PRINT ]

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Michael Tyrone Stabler

Case No.: 21-22199

Debtor

Chapter: 13

*FILED-MAIL 2023 OCT -4 PM 1:13 US BANKRUPTCY COURT EASTERN DISTRICT OF WI*

## CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that on September 29, 2023, I deposited in the Post Office in the City of Milwaukee, State of Wisconsin. Securely enclosed in a sealed envelope, a true and correct copy of:

Affidavit and Request for Release of Unclaimed Funds

To:  United States Attorney
Attention: Susan M. Knepel
Eastern District of Wisconsin
Room 530, Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

United States Bankruptcy Court
Eastern District of Wisconsin
Room 126, Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Dated: September 29, 2023

_Michael S._
Signature
Michael Tyronne Stabler
Printed Name

PRINT

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  )
    *Michael Tyrone Stabler*  )
      ) Case No. __21-22199__
      ) Chapter: 13
    Debtor(s)  )

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The court has considered the Application For Payment Of Unclaimed Funds filed by _____*Michael Stabler*_____ [claimant] requesting payment of unclaimed funds in the amount of $__*6,188.07*__. The application and the documents attached establish that the claimant is entitled to the unclaimed funds; and the court having verified that the funds are available for distribution to this claimant.

Accordingly,

    **IT IS ORDERED** that the Application for Payment of Unclaimed Funds is GRANTED.

    **IT IS FURTHER ORDERED** that the Clerk of Court issue a check in the amount of $__*6,188.07*__ payable to _____*Michael Stabler*_____ [owner of record] at the following address: _____*7736 West Heather Ave*_____ _____*Milwaukee*_____ *Wisconsin* _____*53223*_____.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

                                        BY THE COURT

                                        Honorable Cathleen D. Parker
                                        United States Bankruptcy Judge






USPS PRIORITY MAIL
US POSTAGE PAID $9.65
Origin: 20710
10/02/23
2308460710-03

0 Lb 2.60 Oz
RDC 03
C021

EXPECTED DELIVERY DAY: 10/04/23

SHIP TO:
517 E WISCONSIN AVE
MILWAUKEE WI 53202-4500

USPS TRACKING #
9505 5119 9642 3275 5700 61

EP14F July 2022
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP
PS00001000014

FROM: Michael Stabler
7736 West Heather Ave
Milwaukee, WI 53223

TO: US Bankruptcy Court
517 East Wisconsin Ave Room 126
Milwaukee, WI 53202