So Ordered.

Dated: November 30, 2023



Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Michael Tyronne Stabler,

Debtor.

Case No. 21-22199-rmb

Chapter 13

**ORDER DENYING REQUEST FOR RELEASE OF UNCLAIMED FUNDS**

On October 4, 2023, the Court received an affidavit and request for an order directing payment of unclaimed funds in the amount of $6,188.07 to Michael T. Stabler pursuant to 28 U.S.C. § 2042. The request was purportedly made by Michael T. Stabler, the debtor in this case. There is no dispute that the debtor is owed funds in the amount requested but, after noting several discrepancies in the request, the Court set a hearing on the request for November 28, 2023 at 1:00 p.m. Mr. Stabler did not appear at the hearing.

Based on Mr. Stabler's failure to appear at the hearing, and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the request for release of unclaimed funds submitted by Michael T. Stabler is DENIED without prejudice.

# # # # #